UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SYED K. RAFI, PHD,<br><br>Plaintiff,<br><br>v.<br><br>HARVARD UNIVERSITY MEDICAL SCHOOL, CYNTHIA MORTON, PHD, RICHARD L. MAAS, MD, PHD, MASSACHUSETTS GENERAL HOSPITAL, MARCY E. MACDONALD, PHD, CHILDREN'S HOSPITAL BOSTON, MIRA IRONS, MD, AND BRIGHAM AND WOMEN'S HOSPITAL,<br><br>Defendants. | Civil Action Nos. 20-10038-NMG<br>20-10521-NMG |

REPORT AND RECOMMENDATION ON DEFENDANTS' MOTIONS TO DISMISS
[Docket Nos. 9, 15, 22, 24, 25, 26, 28]

August 7, 2020

Boal, M.J.

Pro se plaintiff Dr. Syed K. Rafi filed these civil rights cases, based on allegations that the defendants engaged in a race- and class-based conspiracy to deprive him of employment. These cases represent just two of the eight actions that Rafi has filed based on a common nucleus of operative facts. Defendants Harvard University Medical School,[1] Dr. Cynthia Morton, Dr. Richard L. Maas, Massachusetts General Hospital, Dr. Marcy E. McDonald, Children's Hospital Boston, Dr. Mira Irons, and Brigham and Women's Hospital have all moved to dismiss the

---

[1] Defendant Harvard University Medical School represents that its correct legal name is the President and Fellows of Harvard College. Docket No. 22 at 1.

*After consideration of plaintiff's objections thereto (Docket No. 46), Report and Recommendation is accepted and adopted.*

*NMGorton, USDJ 9/10/20*